Eastern District of Kentucky
FILED
OCT 22 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 0:26-cr-51-DLB

**ROBERT THOMAS SMITH**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**26 U.S.C. § 5861(d)**

On or about September 3, 2026, in Johnson County, in the Eastern District of Kentucky,

**ROBERT THOMAS SMITH**

knowingly possessed a "firearm" as defined by 26 U.S.C. § 5845(a)(8), that is, a destructive device as defined by 26 U.S.C. § 5845(f), more specifically described as a sealed plastic container, containing fuel and a main charge, which was connected to a hobby fuse, which extended out of the container, not registered to him in the National Firearms Registration and Transfer Record, all in violation of 26 U.S.C. § 5861(d).

**COUNT 2**
**26 U.S.C. § 5861(d)**

On or about September 3, 2026, in Johnson County, in the Eastern District of Kentucky,

**ROBERT THOMAS SMITH**

knowingly possessed a "firearm" as defined by 26 U.S.C. § 5845(a)(8), that is, a destructive device as defined by 26 U.S.C. § 5845(f), more specifically described as a sealed plastic container, containing fuel, with an aerial display mortar round taped to the side of the container, not registered to him in the National Firearms Registration and Transfer Record, all in violation of 26 U.S.C. § 5861(d).

**A TRUE BILL**

**FOREPERSON**

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**ANDREW H. TRIMBLE**
**ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

**COUNTS 1-2:**

Not more than 10 years of imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.