UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Eastern District of Kentucky
FILED
OCT 22 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO.** 0:26-cr-51-DLB

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.**

## MOTION OF UNITED STATES FOR ISSUANCE OF ARREST WARRANT

**ROBERT THOMAS SMITH** **DEFENDANT**

* * * * *

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **ROBERT THOMAS SMITH** returnable forthwith.

Respectfully submitted,

JASON D. PARMAN
UNITED STATES ATTORNEY

By: ______________________
Andrew H. Trimble
Assistant United States Attorney
601 Meyers Baker Road Suite 200
London, KY 40741
(606) 330-4838
Andrew.Trimble@usdoj.gov