UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CRIMINAL ACTION NO. 0:26-CR-00051-DLB-EBA

UNITED STATES OF AMERICA PLAINTIFF,

V. **ORDER**

ROBERT THOMAS SMITH, DEFENDANT.

*** *** *** ***

Defendant Robert Thomas Smith is currently confined at Big Sandy Regional Detention Center in Paintsville, Kentucky, in connection with alleged violations under state law. The United States has moved for a writ of habeas corpus ad prosequendum commanding the jailer to deliver Smith to the United States Marshal so that Smith may be brought before this Court for an initial appearance, arraignment, and for other proceedings. [R. 5]. Therefore, having been sufficiently advised,

**IT IS ORDERED** that the motion of the United States for a writ of habeas corpus ad prosequendum, [R. 5], is **GRANTED**. The jailer shall **DELIVER** the Defendant, Robert Thomas Smith, to the United States Marshal for the Eastern District of Kentucky. The Marshal shall **DELIVER** the Defendant in custody before the United States District Court **at ASHLAND**, Kentucky, on **Wednesday, November 18, 2026, at 10:45 A.M.**, for an initial appearance and arraignment, and from time to time thereafter until this case is disposed of. The Marshal shall **KEEP** Smith in custody until he is no longer needed, at which time the Marshal shall **RETURN** Smith to the custody of the jailer.

Signed October 23, 2026.

**Signed By:**

***Edward B. Atkins*** EBA

**United States Magistrate Judge**